# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Sharon Ruhland,                                    Civil No. 10-4464 (RHK/LIB)

          Plaintiff,                              **ORDER**

vs.

Joseph Benitz, a natural person d/b/a Joe's Recovery,
Minnesota Asset Recovery Solutions, LLC,
a domestic limited liability Company, Chrysler
Financial Services Americas, LLC, a foreign
Domestic limited liability company,

          Defendants.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the

Court.

Dated:  November 8, 2010

                    s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge