# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sharon Ruhland, | Civil No. 10-4464 (RHK/LIB) |
| Plaintiff, | |
| vs. | **ORDER** |
| Joseph Benitz, *a natural person*, d/b/a Joe's Recovery, Minnesota Asset Recovery Solutions, LLC, *a domestic limited liability company*, and Chrysler Financial Services Americas, LLC, *a foreign domestic limited liability company*, | |
| Defendants. | |

---

Pursuant to the Stipulation (Doc. No. 20), **IT IS ORDERED** that Plaintiff's Application for Entry of Default (Doc. No. 13) is **WITHDRAWN**.

Dated:  February 22, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge