# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sharon Ruhland,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Joseph Benitz, a natural person, d/b/a Joe's Recovery, Minnesota Asset Recovery Solutions, LLC, a domestic limited liability company, and Chrysler Financial Services Americas, LLC, a foreign domestic limited liability company,<br><br>　　　　　　　　　　　Defendants. | Civil No. 10-4464 (RHK/LIB)<br><br>**ORDER VACATING DEFAULT JUDGMENT AGAINST MINNESOTA ASSET RECOVERY SOLUTIONS, LLC, A DOMESTIC LIMITED LIABILITY COMPANY** |

　　　Pursuant to the Stipulation (Doc. No. 21) of the parties, **IT IS ORDERED** that the Clerk's Entry of Default (Doc. No. 19) against Minnesota Asset Recovery Solutions, LLC, a domestic limited liability company, is **VACATED**.

Dated:  February 22, 2011

　　　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge